IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA GRASTY | : |
| | :    CIVIL ACTION |
| v. | : |
| | :    NO. 21-2476 |
| DAVITA, INC. D/B/A DAVITA SOUTH BROAD STREET DIALYSIS | : |
| | : |

### O R D E R

**AND NOW**, this 25th day of July 2024, upon consideration of the Motion of Defendant Renal Treatment Centers – Northeast, Inc. for Summary Judgment (ECF No. 30), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendant's Motion will be denied with respect to whether Plaintiff had a qualifying disability under the ADA.

2. Defendant's Motion will be granted with respect to whether Plaintiff was regarded as disabled, causation, and the *McDonnell Douglas* burden shifting framework of Plaintiff's disability discrimination claim and Plaintiff's failure to accommodate and retaliation claims.

The Clerk of Court is directed to mark this matter as **CLOSED**.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**